ARTHUR J. CASEY [SBN. 123273]
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendants DAINICHI MACHINERY, INC. and DAINICHI KINZOKU KOGYO CO. LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SENTRY INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAINICHI MACHINERY, INC., DELTA MACHINE SYSTEMS, INC. and DOES 1-200 inclusive, <br><br> Defendants. | Case No. 2:09-cv-00699-FCD-EFB <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT; ORDER** |

Plaintiff Sentry Insurance Company, Inc. and defendants Dainichi Machinery, Inc. and Dainichi Kinzoku Kogyo Co. Ltd. hereby stipulate that they have entered into a settlement agreement resolving the entire action by way of this dismissal in exchange for a waiver of any recoverable costs by defendants, and move this Court pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, for entry of an order dismissing with prejudice the entire action.  Each party to bear their own costs, fees and attorney fees.

Dated: July 26 , 2010                                          ALPER & McCULLOCH

By:  /s/
       DEAN A. ALPER
Attorneys for Plaintiff SENTRY INSURANCE COMPANY, INC.

| | | |
|---|---|---|
| 1 | Dated: July 27 , 2010 | ROBINSON & WOOD, INC. |

By:  /s/
ARTHUR J. CASEY
Attorneys for Defendants DAINICHI
MACHINERY, INC. and DAINICHI KINZOKU
KOGYO CO. LTD.

**O R D E R**

**IT IS SO ORDERED.**

DATED:   July 27, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE